**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| CRAIG C. LADYMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:14CV2038-PPS |
| | ) | |
| NICHOLAS MEADE, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

*Pro se* plaintiff Craig Ladyman brings this case alleging various violations of his constitutional rights in connection with a traffic stop, the subsequent search of his vehicle, his arrest and his prosecution. In his ruling on a motion to dismiss, the district judge who previously presided over this case dismissed with prejudice Ladyman's claims against prosecutor Shelley Gupta, Elkhart Superior Court Judge Charles C. Wicks, and Magistrate Dean O. Burton. [DE 20 at 9.] Despite this ruling, Ladyman thereafter filed an amended complaint in which he again named Gupta, Wicks and Burton as defendants and reiterated his claims against them. Because the claims had been dismissed with prejudice, the inclusion of them in the amended complaint constitutes redundant, immaterial and impertinent matter subject to being stricken under Fed.R.Civ.P. 12(f)(1).

ACCORDINGLY:

The claims against defendants Shelley Gupta, Charles C. Wicks, and Dean O. Burton are stricken from the amended complaint as redundant, immaterial and

impertinent in light of the prior ruling of September 29, 2016 [DE 20 at 9] dismissing plaintiff Ladyman's claims against these defendants with prejudice.

**SO ORDERED**.

ENTERED: June 20, 2017.

                                                /s/ Philip P. Simon
                                            United States District Court Judge