# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| CRAIG C. LADYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE  NO. 3:14CV2038-PPS |
| | ) | |
| NICHOLAS MEADE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff Craig C. Ladyman, acting without an attorney, began this lawsuit more than 3½ years ago in November 2014.  After the pleading and discovery stages finally concluded in May of this year, the case had been whittled down to claims against a sole remaining defendant, Jeanne Drust.  To determine whether a trial of those claims is necessary, deadlines for potentially dispositive motions have been set.  Any motion for summary judgment is to be filed by June 29, with oppositions due 14 days thereafter and any reply filed within 10 days of an opposition.  [DE 84.]  On April 26, 2018, Magistrate Judge Gotsch entered an order striking an untimely attempt by Ladyman to amend his complaint [DE 75], and Judge Gotsch's order was affirmed by my May 31, 2018 order denying Ladyman's motion for review of the magistrate judge's decision [DE 81.]

That order explained what I reiterate here in even plainer terms:  the proceedings in this lawsuit are past the point of amending pleadings, and Ladyman cannot amend his complaint without being granted leave to do so based on some compelling argument for allowing such a step at this very late date.  Nonetheless, on June 22, 2018, Ladyman has filed a "Revised Complaint for Compensatory and Punitive Damages, Injunctive and

Declaratory Relief, and Demand for Jury Trial." [DE 85.] The 12-page document names defendants Meade, Bohner, Smith, Gupta, Drust, Wicks, Burton, Whitmer, Bauer, Hudson and Hill. The would-be amended complaint is not accompanied by any motion for leave to file it, in which Ladyman offers an argument as to the appropriateness and necessity of an amendment at this juncture, after previously having been told several times that he is too late. The "Revised Complaint" will be stricken.

ACCORDINGLY:

Plaintiff Craig C. Ladyman's "Revised Complaint for Compensatory and Punitive Damages, Injunctive and Declaratory Relief, and Demand for Jury Trial" [DE 85] is STRICKEN as untimely filed without leave of Court.

**SO ORDERED**.

ENTERED: June 25, 2018.

   /s/ Philip P. Simon
United States District Court Judge